

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com



Robert A. Wolf, Partner
Email: rwolf@tarterkrinsky.com
Phone: (212) 216-1159

August 25, 2025

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge for the
Southern District of New York
500 Pearl Street, Room 24A
New York, New York   10007

Re: *Deborah J. Piazza, as Chapter 7 Trustee of Transfix Productions LLC v. Michael Blatter*
     Case No. 1:25-cv-05750-CM (Appeal from Bankruptcy Court Order)
     <u>Letter Motion on Consent Requesting Further Extension of Deadline for Appellant's
     Opening Brief</u>

Dear Judge McMahon:

     Our firm represents Appellant Deborah J. Piazza, as Chapter 7 Trustee of Transfix Productions LLC ("**Appellant**") with respect to the above-referenced appeal from an Order of the United States Bankruptcy Court for the Southern District of New York which dismissed without prejudice Appellant's Complaint in an adversary proceeding brought against Appellee Michael Blatter ("**Appellee**"). With the consent of counsel for Appellee noted below, Appellant is requesting a second extension of the deadline date for the filing of Appellant's appeal brief.

     Pursuant to Your Honor's Memo Endorsed Order entered on July 16, 2025 [ECF Doc. No. 6], the parties' joint request by letter motion for an extension for the filing of Appellant's brief from the initial deadline date of August 11, 2025 to September 11, 2025 was granted, subject to the non-waiver of Appellee's arguments as to the ripeness of the appeal and his right to file a motion to dismiss the appeal for alleged lack of subject matter jurisdiction. The basis for the adjournment request was that the Bankruptcy Court had directed the parties to resume mediation of the adversary proceeding. A mediation session was conducted on July 21, 2025, at the conclusion of which an agreement in principle was reached, which agreement has been memorialized in an executed Stipulation of Settlement that is subject to Bankruptcy Court approval.

     Appellant has made a motion in the Bankruptcy Court for such approval pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, and the hearing date of that motion is scheduled for September 25, 2025. Should the Bankruptcy Court subsequently enter an approval order, said order will become final within fourteen (14) days of entry thereof, provided that no

090830\1\180093524.v1

Honorable Colleen McMahon
August 25, 2025
Page 2

party files a notice of appeal regarding same. Furthermore, the finality of such approval order will moot Appellant's pending appeal and the appeal will be withdrawn with prejudice.

By virtue of all of the foregoing, and taking into account that there may be an interval of time between the hearing date of the Rule 9019 motion and the entry of an order approving Appellant's settlement motion, the parties respectfully request that the deadline date for the filing of Appellant's brief be further extended to October 31, 2025, subject to the same preservation of Appellee's arguments and rights set forth in the parties' initial joint letter motion.

We thank Your Honor for your time and consideration respecting this letter motion.

*[Handwritten: OK. Appellant's brief is due October 31, 2025. /s/ Colleen McMahon 8/28/2025]*

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**
*Counsel to Appellant Deborah J. Piazza as Chapter 7 Trustee of Transfix Productions LLC*

By: /s/ Robert A. Wolf
Robert A. Wolf, Esq.
Jacob Gabor, Esq.
1350 Broadway, 11th Floor
New York, NY 10018
(212) 216-8000
rwolf@tarterkrinsky.com
jgabor@tarterkrinsky.com

CONSENTED TO:

**KAUFMAN DOLOWICH, L.L.P.**
*Attorneys for Appellee Michael Blatter*

By: /s/ Patrick M. Kennell
Patrick M. Kennell, Esq.
Kathleen A. Mullins, Esq.
40 Exchange Place, 20th Floor
New York, NY 10005
(646) 599-9420
pkennell@kaufmandolowich.com
kathleen.mullins@kaufmandolowich.com

090830\1\180093524.v1